# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, ST. CHRISTOPHER'S HEALTHCARE, LLC and SCHC PEDIATRIC ASSOCIATES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MEDLINE INDUSTRIES, INC.,<br><br>Defendant. | Adv. Proc. No. 21-50920 (MFW)<br><br>**Related to Adv. Docket No. 23** |

## NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR LEAVE TO EXCEED THE INTERROGATORY LIMIT OF FEDERAL RULE OF CIVIL PROCEDURE 33(a)(1)

Please be advised that on March 11, 2022, the debtors and debtors in possession filed the

*Plaintiffs' Motion for Leave to Exceed the Interrogatory Limit of Federal Rule of Civil*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

*Procedures 33(a)(1)* [Adv. D.I. 23] (the "**Motion to Exceed**"). The Motion to Exceed is hereby withdrawn.

Date: March 14, 2022          Respectfully submitted,

                 **SAUL EWING ARNSTEIN & LEHR LLP**

             By:   */s/ Monique B. DiSabatino*
                 Mark Minuti (DE Bar No. 2659)
                 John D. Demmy (DE Bar No. 2802)
                 Monique B. DiSabatino (DE Bar No. 6027)
                 1201 N. Market Street, Suite 2300
                 P.O. Box 1266
                 Wilmington, DE  19899
                 Telephone: (302) 421-6800
                 Fax: (302) 421-6813
                 john.demmy@saul.com
                 monique.disabatino@saul.com

                   -and-

                 Jeffrey C. Hampton
                 Adam H. Isenberg
                 A. Mayer Kohn
                 Centre Square West
                 1500 Market Street, 38th Floor
                 Philadelphia, PA 19102
                 Telephone: (215) 972-7777
                 Fax: (215) 972-7725
                 mayer.kohn@saul.com

                 *Counsel for Plaintiffs*