# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, ST. CHRISTOPHER'S HEALTHCARE, LLC and SCHC PEDIATRIC ASSOCIATES, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>MEDLINE INDUSTRIES, INC.,<br><br>    Defendant. | Adv. Proc. No. 21-50920 (MFW) |

**NOTICE OF SERVICE OF PLAINTIFFS' RESPONSES AND OBJECTIONS TO MEDLINE INDUSTRIES, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

    I, John D. Demmy, hereby certify that on March 21, 2022, I caused a copy of *Plaintiffs' Responses and Objections to Medline Industries, Inc.'s First Request for Production of Documents* to be served via electronic mail on the below parties.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

39714682.5 03/21/2022

| | |
|---|---|
| Jason A. Gibson, Esquire<br>The Rosner Law Group LLC<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>gibson@teamrosner.com | Robert M. Hirsh, Esquire<br>Bruce S. Nathan, Esquire<br>Phillips Khezri, Esquire<br>Lowenstein Sandler, LLP<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020<br>rhirsh@lowenstein.com<br>bnathan@lowenstein.com<br>pkhezri@lowenstein.com |
| Michael A. Kaplan, Esquire<br>Lowenstein Sandler, LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>mkaplan@lowenstein.com | |

Date: March 21, 2022

                                      **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ John D. Demmy*
          Mark Minuti (DE Bar No. 2659)
          John D. Demmy (DE Bar No. 2802)
          Monique B. DiSabatino (DE Bar No. 6027)
          1201 N. Market Street, Suite 2300
          P.O. Box 1266
          Wilmington, DE 19899
          Telephone: (302) 421-6800
          Fax: (302) 421-6813
          john.demmy@saul.com
          monique.disabatino@saul.com

                        -and-

          Jeffrey C. Hampton
          Adam H. Isenberg
          Centre Square West
          1500 Market Street, 38th Floor
          Philadelphia, PA 19102
          Telephone: (215) 972-7777
          Fax: (215) 972-7725
          jeffrey.hampton@saul.com
          adam.isenberg@saul.com

          *Counsel for Plaintiffs*