# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>   Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, ST. CHRISTOPHER'S HEALTHCARE, LLC and SCHC PEDIATRIC ASSOCIATES, LLC,<br><br>   Plaintiffs,<br><br>v.<br><br>MEDLINE INDUSTRIES, INC.,<br><br>   Defendant. | <br><br><br><br><br><br>Adv. Proc. No. 21-50920 (MFW) |

## NOTICE OF SERVICE OF PLAINTIFFS' FIRST SET OF REQUESTS
## FOR ADMISSION DIRECTED TO DEFENDANT

I, John D. Demmy, hereby certify that on March 31, 2022, a true and correct copy of *Plaintiffs' First Set of Requests for Admission Directed to Defendant* was served via Electronic Mail on the below parties.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

39857886.1 03/31/2022

| | |
|---|---|
| Jason A. Gibson, Esquire<br>The Rosner Law Group LLC<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>gibson@teamrosner.com | Robert M. Hirsh, Esquire<br>Bruce S. Nathan, Esquire<br>Phillips Khezri, Esquire<br>Lowenstein Sandler, LLP<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020<br>rhirsh@lowenstein.com<br>bnathan@lowenstein.com<br>pkhezri@lowenstein.com |
| Michael A. Kaplan, Esquire<br>Lowenstein Sandler, LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>mkaplan@lowenstein.com | |

**SAUL EWING ARNSTEIN & LEHR LLP**

By:  /s/ *John D. Demmy*
Mark Minuti (DE Bar No. 2659)
John D. Demmy (DE Bar No. 2802)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
john.demmy@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com

*Counsel for Plaintiffs*