# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, ST. CHRISTOPHER'S HEALTHCARE, LLC, and SCHC PEDIATRIC ASSOCIATES, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>MEDLINE INDUSTRIES INC.,<br><br>    Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br>Adv. Proc. No. 21-50920 (MFW) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Robert M. Hirsh, of Lowenstein Sandler LLP, to represent Medline Industries, Inc. in the above-referenced adversary proceeding.

Dated: May 12, 2022                                      **THE ROSNER LAW GROUP LLC**

                                                                          */s/ Jason A. Gibson*
                                                                          Jason A. Gibson (DE No. 6091)
                                                                          824 N. Market Street, Suite 810
                                                                          Wilmington, Delaware 19801
                                                                          Tel.: (302) 777-1111
                                                                          Email: gibson@teamrosner.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

{00033148. }

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the State of New Jersey, the United States District Court for the Eastern, Northern, Southern and Western Districts of New York, the United States District Court for the District of New Jersey, the United States District Court for the Southern District of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: May 12, 2022

*/s/ Robert M. Hirsh*
Robert M. Hirsh, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 419-5837
Email: rhirsh@lowenstein.com