# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, ST. CHRISTOPHER'S HEALTHCARE, LLC and SCHC PEDIATRIC ASSOCIATES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MEDLINE INDUSTRIES, INC.,<br><br>Defendant. | Adv. Proc. No. 21-50920 (MFW)<br><br>**Related to Adv. Docket No. 9** |

## STIPULATION EXTENDING PRE-TRIAL DATES AND DEADLINES

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Center City Healthcare, LLC d/b/a Hahnemann University Hospital, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC and SCHC Pediatric Associates, LLC (together, the "**Plaintiffs**") and Defendant Medline Industries, Inc., by and through their undersigned counsel, that the following pre-trial deadlines set forth in the *Order Establishing Streamlined Procedures*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

*Governing Adversary Proceedings Brought by Debtors Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code* entered by the Court on September 21, 2021 [Docket No. 9] (the "**Adversary Procedures Order**") shall be modified to the dates set forth in the column entitled "Agreed Modified Deadline" below:

| Description | Original Deadline (per Adversary Procedures Order) | Agreed Modified Deadline |
|---|---|---|
| Last day for all non-expert fact discovery including depositions of fact witnesses | May 31, 2022 | August 15, 2022 |
| Disclosures and reports of (a) the parties for any issue on which they bear the burden of proof (not including any report by Plaintiffs on insolvency) and (b) if Defendant intends to provide expert testimony regarding insolvency of the Debtors due. | June 30, 2022 | September 15, 2022 |
| Disclosures and reports (a) of the parties' rebuttal experts, and (b) Plaintiffs' report on the insolvency of the Debtors, if any, due | July 31, 2022 | October 17, 2022 |
| All expert discovery due including depositions | September 30, 2022 | December 15, 2022 |
| Last day to file and serve dispositive motions | October 31, 2022 | January 16, 2023 |

[signature pages to follow]

| | |
|---|---|
| **SAUL EWING ARNSTEIN & LEHR LLP** | **THE ROSNER LAW GROUP LLC** |
| | |
| */s/ Monique B. DiSabatino* | */s/ Jason A. Gibson* |
| John D. Demmy (DE Bar No. 2802) | Jason A. Gibson (DE Bar. No. 6091) |
| Monique Bair DiSabatino (DE Bar No. 6027) | 824 N. Market Street, Suite 810 |
| 1201 N. Market Street, Suite 2300 | Wilmington, DE 19801 |
| P.O. Box 1266 | Telephone: (302) 777-1111 |
| Wilmington, DE 19899-1266 | gibson@teamrosner.com |
| Telephone: (302) 421-6800 | |
| john.demmy@saul.com | -and- |
| monique.disabatino@saul.com | |
| | Robert Hirsh |
| -and- | **LOWENSTEIN SANDLER LLP** |
| | Robert Hirsh |
| Jeffrey C. Hampton | Bruce S. Nathan |
| Adam H. Isenberg | Phillip Khezri |
| A. Mayer Kohn | 1251 Avenue of the Americas, 17th Floor |
| Centre Square West | New York, NY 10020 |
| 1500 Market Street, 38th Floor | Telephone: (212) 262-6700 |
| Philadelphia, PA 19102 | rhirsh@lowenstein.com |
| Telephone: (215) 972-7777 | bnathan@lowenstein.com |
| jeffrey.hampton@saul.com | pkhezri@lowenstein.com |
| adam.isenberg@saul.com | |
| mayer.kohn@saul.com | -and- |
| | |
| *Counsel for Plaintiffs* | Michael A. Kaplan |
| | C. Patrick Thomas |
| | **LOWENSTEIN SANDLER LLP** |
| | One Lowenstein Drive |
| | Roseland, NJ 07068 |
| | Telephone: (973) 597-2500 |
| | Facsimile: (973) 597-2400 |
| | mkaplan@lowenstein.com |
| | cpthomas@lowenstein.com |
| | |
| | *Counsel for Defendant Medline Industries, Inc.* |

Dated:  May 23, 2022