IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, ST. CHRISTOPHER'S HEALTHCARE, LLC and SCHC PEDIATRIC ASSOCIATES, LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>MEDLINE INDUSTRIES, INC.,<br><br>      Defendant. | <br><br><br><br><br><br><br><br>Adv. Proc. No. 21-50920 (MFW)<br><br>**Related to Adv. Docket Nos. 9, 36, 38, 39 and 48** |

**FIFTH STIPULATION EXTENDING PRE-TRIAL DATES AND DEADLINES**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Center City Healthcare, LLC d/b/a Hahnemann University Hospital, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC and SCHC Pediatric Associates, LLC (together, the "**Plaintiffs**") and Defendant Medline Industries, Inc., by and through their undersigned counsel, that the following pre-trial deadlines set forth in the *Order Establishing Streamlined Procedures*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

*Governing Adversary Proceedings Brought by Debtors Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code* entered by the Court on September 21, 2021 [Adv. Docket No. 9] (the "**Adversary Procedures Order**"), as amended [*see* Adv. Docket Nos. 36; 38, 39 and 48], shall be modified to the dates set forth in the column entitled "Agreed Modified Deadline" below:

| Description | Exiting Deadline | Agreed Modified Deadline |
|---|---|---|
| Last day for all non-expert fact discovery including depositions of fact witnesses | January 31, 2023 | May 31, 2023 |
| Disclosures and reports of (a) the parties for any issue on which they bear the burden of proof (not including any report by Plaintiffs on insolvency) and (b) if Defendant intends to provide expert testimony regarding insolvency of the Debtors due. | March 31, 2023 | June 30, 2023 |
| Disclosures and reports (a) of the parties' rebuttal experts, and (b) Plaintiffs' report on the insolvency of the Debtors, if any, due | May 1, 2023 | July 31, 2023 |
| All expert discovery due including depositions | May 31, 2023 | August 31, 2023 |
| Last day to file and serve dispositive motions | June 30, 2023 | October 2, 2023 |

[signature pages to follow]

| **SAUL EWING LLP** | **THE ROSNER LAW GROUP LLC** |
|---|---|

*/s/ John D. Demmy*  
John D. Demmy (DE Bar No. 2802)  
Monique Bair DiSabatino (DE Bar No. 6027)  
1201 N. Market Street, Suite 2300  
P.O. Box 1266  
Wilmington, DE 19899-1266  
Telephone: (302) 421-6800  
john.demmy@saul.com  
monique.disabatino@saul.com  

-and-

Jeffrey C. Hampton  
Adam H. Isenberg  
Centre Square West  
1500 Market Street, 38th Floor  
Philadelphia, PA 19102  
Telephone: (215) 972-7777  
jeffrey.hampton@saul.com  
adam.isenberg@saul.com  

*Counsel for Plaintiffs*

*/s/ Jason A. Gibson*  
Jason A. Gibson (DE Bar. No. 6091)  
824 N. Market Street, Suite 810  
Wilmington, DE 19801  
Telephone: (302) 777-1111  
gibson@teamrosner.com  

-and-

Robert Hirsh  
Bruce S. Nathan  
Phillip Khezri  
**LOWENSTEIN SANDLER LLP**  
1251 Avenue of the Americas, 17th Floor  
New York, NY 10020  
Telephone: (212) 262-6700  
rhirsh@lowenstein.com  
bnathan@lowenstein.com  
pkhezri@lowenstein.com  

-and-

Michael A. Kaplan  
C. Patrick Thomas  
**LOWENSTEIN SANDLER LLP**  
One Lowenstein Drive  
Roseland, NJ 07068  
Telephone: (973) 597-2500  
Facsimile: (973) 597-2400  
mkaplan@lowenstein.com  
cpthomas@lowenstein.com  

*Counsel for Defendant Medline Industries, Inc.*

Dated: January 26, 2023