**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Ch. 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al., | ) ) ) | Case No. 19-11466 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, ST. CHRISTOPHER'S HEALTHCARE, LLC and SCHC PEDIATRIC ASSOCIATES, LLC, | ) ) ) ) ) ) ) ) | Adv. Proc. No. 21-50920 (MFW) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MEDLINE INDUSTRIES, INC., | ) ) | |
| Defendant. | ) | Rel Docs: 1, 51, 52, 53 |

**O R D E R**

**AND NOW** this **28th** day of **NOVEMBER, 2023,** upon consideration of the Plaintiffs' Motion for Leave to File an Amended Complaint and the Defendant's opposition thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion for Leave to File an Amended Complaint is **DENIED.**

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge